IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gabriel Rey, | ) | No. CV 05-4130-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

On May 23, 2006, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation [dkt. 6], recommending that this case be dismissed without prejudice for failure to prosecute. Plaintiff has not filed a Response or Objection.

Accordingly,

**IT IS ORDERED** that Report and Recommendation [dkt. 6] is **ADOPTED**; Plaintiff's Complaint [dkt. 1] is **DISMISSED** without prejudice.

DATED this 26th day of June, 2006.

_____
Earl H. Carroll
United States District Judge